# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETIMAT DUDURKAEWA individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDFIRST BANK,<br><br>Defendant. | )<br>)<br>)<br>) Hon. David L. Russell<br>)<br>)<br>) Case No.: 5:23-cv-817-R<br>) Class Action<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE OF
## JASON FAGELMAN

Timila S. Rother hereby requests, pursuant to LCvR 83.3(b), that the Court allow Jason Fagelman to appear as counsel pro hac vice for Defendant MidFirst Bank ("MidFirst") in this case. Timila S. Rother hereby declares:

I am an active member in good standing of the bar of the Supreme Court of the State of Oklahoma (OBA # 14310). I am also admitted to practice law in this Court, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court. I submit the attached Request for Admission Pro Hac Vice of Jason Fagelman of the firm Norton Rose Fulbright US LLP, so that he may appear as counsel pro hac vice for Defendant MidFirst in this action. The Request for Admission Pro Hac Vice of Jason Fagelman is attached hereto as Exhibit 1.

I certify that Jason Fagelman is a member in good standing of the bar of the State of Texas (Bar No. 00796525). He is counsel for the Defendant MidFirst, and his business

address is Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, TX 75201.  His telephone number is (214) 855-8000, and his facsimile number is (214) 855-8200.

WHEREFORE, I hereby request that the Court grant this Motion and enter an Order allowing Jason Fagelman to appear as counsel pro hac vice for Defendant MidFirst Bank.

Dated this 8th day of November, 2023.

        Respectfully submitted,

/s/ *Timila S. Rother*
TIMILA S. ROTHER, OBA # 14310
WILLIAM H. HOCH, OBA # 15788
ANTHONY HENDRICKS, OBA # 31083
**CROWE & DUNLEVY, PC**
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-7700
Facsimile:  (405) 239-6651
timila.rother@crowedunlevy.com
will.hoch@crowedunlevy.com
anthony.hendricks@crowedunlevy.com
**ATTORNEYS FOR DEFENDANT MIDFIRST BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2023, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

    Terry F. Stokes
    **RUBENSTEIN & PITTS, PLLC**

/s/ *Timila S. Rother*