# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

PETIMAT DUDURKAEWA, individually and on behalf of all others similarly situated,

Plaintiff(s)

vs.

MIDFIRST BANK,

Defendant(s)

Case No. 5:23-cv-817-R

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Jason K. Fagelman

2. State bar membership number: 00796525

3. Business address, telephone and fax numbers:

    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201
    (214) 855-8084
    (214) 855-8200

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    Texas – 11/1/1996; U.S.D.C. - Northern District of Texas – 4/8/1998; U.S.D.C. - Eastern District of Texas; 6/4/2003; U.S.D.C. - Western District of Texas - 2/13/2004; U.S.D.C. - Southern District of Texas - 8/24/2010; U.S. Court of Appeals Fifth Circuit - 9/13/2011; U.S.D.C. - Eastern District of Arkansas - 1/9/2020; U.S. Court of Appeals Eleventh Circuit 9/23/2021; U.S. Court of Appeals Third Circuit 10/3/2023

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

    A check for $100 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

DATED this 7th day of November, 2023

005/rvsd 04-23

Signature of Applicant