IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETIMAT DUDURKAEWA individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDFIRST BANK,<br><br>Defendant. | )<br>)<br>)<br>) Hon. David L. Russell<br>)<br>)<br>) Case No.: CIV-23-817-R<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon Motion for Admission Pro Hac Vice of Jason Fagelman (Dkt. No. 9), requesting that the Court allow Jason Fagelman to appear and participate as counsel pro hac vice for Defendant MidFirst Bank in this case with Timila S. Rother of the firm Crowe & Dunlevy, P.C., Braniff Building, 324 North Robinson Avenue, Suite 100, Oklahoma City, Oklahoma 73102, the Court finds that the Motion should be granted.

IT IS HEREBY ORDERED that the Motion for Admission of Jason Fagelman as counsel pro hac vice for Defendant MidFirst Bank is hereby granted, provided that Mr. Fagelman obtains e-filing access to NextGen CM/ECF in this judicial district and files an entry of appearance consistent with LCvR 83.4.

IT IS SO ORDERED this 8th day of November 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE