# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETIMAT DUDURKAEWA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MIDFIRST BANK,<br><br>   Defendant. | )<br>)<br>)<br>) Hon. David L. Russell<br>)<br>)<br>) Case No. 23-cv-817-R<br>) Class Action<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant MidFirst Bank.

I certify that I am admitted to practice *pro hac vice* in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

Date: November 16, 2023

                Respectfully submitted,

                /s/ *Jason Fagelman*
                Jason Fagelman
                NORTON ROSE FULBRIGHT US LLP
                2200 Ross Avenue, Suite 3600
                Dallas, TX  75201
                Telephone: (214) 855-8120
                jason.fagelman@nortonrosefulbright.com

                **ATTORNEYS FOR DEFENDANT**
                **MIDFIRST BANK**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2023, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to all counsel of record.

/s/ *Jason Fagelman*